

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00055-CV

_____

SALLY BRYAN, INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF GERALDINE HARPER AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALDINE HARPER, DECEASED, Appellant

V.

SAGORA SENIOR LIVING, INC., D/B/A WATERVIEW SENIOR LIVING, WATERVIEW ASSISTED LIVING, AND THE COVE AT WATERVIEW, Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-290948-17

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  March 26, 2020